# UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

EK SUCCESS, LTD,

    Plaintiff

vs.

PROVO CRAFT & NOVELTY, INC,

    Defendant

Case No.: 07 CV 11208

## RETURN OF SERVICE

I, Shaila Christensen, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above stated case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

For: Sofer & Haroun, LLP

Date/Time Received: 1/7/2008   1:00 PM

Document(s): Summons & Complaint

Serve To: Provo Craft & Novelty, Inc

Address: 151 E. 3450 N., Spanish Fork, UT 84660

Date Served: 1-8-08   Time Served: 135   AM/**PM**

Method of Service: [ ] Individual [✓] Substitute [✓] Corporate [ ] Govt. Agency [ ] Posted [ ] Other [ ] Non-Served (explain)

Person Served: Don Olsen   Capacity: Provo Craft Attorney

Address: 151 E 3450 N Spanish Fork Utah 84660

Physical Description: Race: W   Sex: M   Age: 33   Hgt: 6'0   Wgt: 200   Hair: Brown   Glasses: No

COMMENTS: ___

*[Signature]*

Shar Christensen, Private Investigator
ICU Investigations, LLC
473 S. River Road #1-275
St. George, UT 84790
(435) 986-1200

Executed on 1-8-08

State of Utah         )
                      ) ss.
County of Washington  )

SUBSCRIBED and SWORN to before me, a notary public, on this the 8th day of January, 2008.

BOBBI JOAN RESENDIZ
NOTARY PUBLIC-STATE of UTAH
168 N. 100 E SUITE 208
ST. GEORGE, UTAH 84770
My Comm. Exp. May 9, 2010

Notary Public *[Signature]*
My Commission Expires: 5/9/10