UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| EK SUCCESS, LTD., | : |
| Plaintiff / Counter –Defendant, | : Civil Action No. 07 Civ. 11208 (PKC) |
| v. | : |
| | : **FRCP 7.1 STATEMENT** |
| PROVO CRAFT & NOVELTY, INC., | : |
| Defendant / Counter-Plaintiff, | : |
| PROVO CRAFT & NOVELTY, INC., | : |
| Cross-Plaintiff, | : |
| v. | : |
| ARMADA ART, INC. | : |
| Cross-Defendant. | : |

-------------------------------------------------------X

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Defendant / Counter-Plaintiff Provo Craft & Novelty, Inc. (a private non-governmental party) certifies that (a) its corporate parent is Provo Craft Acquisition, LLC, a privately held company, and that (b) there is no publicly held corporation owning 10% or more of its stock.

                                                Respectfully submitted,

                                                */s/ Jason R. Abel*
                                                Brian D. Wassom (pro hac admission
                                                 pending)
                                                Jason R. Abel (SDNY Bar Code JA0456)
                                                HONIGMAN MILLER SCHWARTZ AND COHN LLP
                                               Attorneys for Provo Craft & Novelty, Inc.
                                               2290 First National Building
                                               Detroit, MI 48226-3506
                                               P: (313) 465-7594
                                               F (313) 465-7595
                                               bdw@honigman.com
                                               jabel@honigman.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2008, I electronically filed a copy of the foregoing paper with the Court using the ECF system, which will distribute notice to all counsel of record.

Respectfully submitted;

*/s/ Jason R. Abel*
Brian D. Wassom (pro hac admission pending)
Jason R. Abel (SDNY Bar Code JA0456)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Provo Craft & Novelty, Inc.
2290 First National Building
Detroit, MI 48226-3506
P: (313) 465-7594
F (313) 465-7595
bdw@honigman.com
jabel@honigman.com

DETROIT.2960505.1