# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
Attorneys and Counselors

**Brian D. Wassom**

(313) 465-7594
Fax: (313) 465-7595
bwassom@honigman.com

# MEMO ENDORSED

February 1, 2008

Hon. P. Kevin Castel
USDC, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08
```

*Re:*   **Joint Request for Adjournment of Initial Pretrial Conference**
       ***EK Success, Ltd v. Provo Craft & Novelty, Inc.*, Case No. 07 Civ 11208 (PKC)**

Dear Judge Castel;

Plaintiff EK Success, Ltd. and Defendant Provo Craft & Novelty, Inc. jointly request a 30-day extension of the initial pretrial conference currently scheduled for February 8, 2008 at 12:45.

No prior extensions have been requested. No case management plan has yet been entered.

The reasons for the request are that (1) the parties have made significant progress in their settlement negotiations, and (2) that Defendant's Answer, filed on January 28, 2008, included a third-party complaint, and the third-party defendant has not yet been served.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

/s/ Brian D. Wassom

DETROIT.2969444.1

*[Handwritten endorsement: Initial conference adjourned from Feb. 8 to March 14, 2008 at 10:30a. SO ORDERED. /s/ PKC USDJ 2-4-08]*

2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506
*Detroit · Lansing · Oakland County · Ann Arbor*