SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

EK SUCCESS, LTD.          Plaintiff,

      - against -

PROVO CRAFT &          Defendant.
NOVELTY, INC.

_7_ cv _11208_ (PK§

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,  Jason Abel          a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | **Brian D. Wassom** |
| Firm Name: | Honigman Miller Schwartz and Cohn LLP |
| Address: | 2290 First National Building |
| City/State/Zip: | Detroit, MI 48226 |
| Phone Number: | (313) 465-7594 |
| Fax Number: | (313) 465-7595 |

Brian D. Wassom          is a member in good standing of the Bar of the States of

Michigan

There are no pending disciplinary proceeding against   Brian D. Wassom
in any State or Federal court.

Dated:

City, State:

Respectfully submitted,

Sponsor's   JASON ROBERT ABEL
SDNY Bar  JA0456
Firm Name: HONIGMAN MILLER SCHWARTZ & COHN LLP
Address: 2290 FIRST NATIONAL BLDG.
City/State/Zip: DETROIT, MI 48226
Phone Number: (313) 465-7594
Fax Number: (313) 465-7595

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

EK SUCCESS, LTD.,                               :
                                                :
    Plaintiff / Counter –Defendant,        :        Civil Action No. 07 Civ. 11208 (PKC)
                                                :
    v.                                     :        **AFFIDAVIT OF JASON R. ABEL IN**
                                                :        **SUPPORT OF MOTION TO ADMIT**
PROVO CRAFT & NOVELTY, INC.,                    :        **COUNSEL PRO HAC VICE**
                                                :
    Defendant / Counter-Plaintiff,         :
                                                :
PROVO CRAFT & NOVELTY, INC.,                    :
                                                :
    Cross-Plaintiff,                       :
                                                :
    v.                                     :
                                                :
ARMADA ART, INC.                                :
                                                :
    Cross-Defendant.                       :
-----------------------------------------------------X

State of Michigan          )
                           )
County of Wayne            )

    Jason R. Abel, being duly sworn, hereby deposes and says as follows:

1.    I am a partner with Honigman Miller Schwartz and Cohn LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Brian D. Wassom as counsel *pro hac vice* to represent Plaintiff in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February 2002. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known Brian D. Wassom since January 2007.

4.    Mr. Wassom is also a partner with Honigman Miller Schwartz and Cohn LLP.

5.    I have found Mr. Wassom to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.      Accordingly, I am pleased to move the admission of Brian D. Wassom *pro hac vice*.

7.      I respectfully submit a proposed order granting the admission of Brian D. Wassom, pro hac vice, which is attached hereto as Exhibit A.


WHEREFORE it is respectfully requested that the motion to admit Brian D. Wassom, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.


Dated:  January 28, 2008

City, State:  Detroit, MI

Notarized:

                                    Respectfully submitted,

Name of Movant:    _Jason  Robert  Abel_

SDNY Bar Code:      _JA 0456_

DETROIT.2960485.1

2



# State Bar of Michigan

## Certificate

### of Good Standing

This certifies that Brian D. Wassom, P60381 of Detroit, Michigan is an active member of the State Bar of Michigan in good standing. He was admitted to practice in Michigan on November 29, 1999 in Wayne County and became a member of the State Bar of Michigan on December 1, 1999.

Janet K. Welch
Executive Director
January 25, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

EK SUCCESS, LTD.,                           :
                                            :
        Plaintiff / Counter –Defendant,     :        Civil Action No. 07 Civ. 11208 (PKC)
                                            :
        v.                                  :
                                            :        **PROOF OF SERVICE ON MOTION TO**
PROVO CRAFT & NOVELTY, INC.,                :        **ADMIT COUNSEL PRO HAC VICE**
                                            :
        Defendant / Counter-Plaintiff,      :
                                            :
PROVO CRAFT & NOVELTY, INC.,                :
                                            :
        Third Party-Plaintiff,              :
                                            :
        v.                                  :
                                            :
ARMADA ART, INC.                            :
                                            :
        Third-Party-Defendant.              :
-----------------------------------------------------X

Robert M. Haroun                     Brian D. Wassom (pro hac admission pending)
Joseph Sofer                         Jason R. Abel (SDNY Bar Code JA0456)
Sofer & Haroun, LLP                  HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Plaintiff              Attorneys for Provo Craft & Novelty, Inc.
317 Madison Ave., Suite 910          2290 First National Building
New York, NY 10017                   Detroit, MI 48226-3506
(212) 697-2800                       P: (313) 465-7594
                                     F (313) 465-7595
                                     bdw@honigman.com
                                     jabel@honigman.com

---

## PROOF OF SERVICE

STATE OF MICHIGAN        )
                         ) ss
COUNTY OF WAYNE          )

        I, Peggy M. Binder, being duly sworn, state that I am an employee of Honigman Miller

Schwartz and Cohn LLP, and that on January 28, 2008, I sent Motion to Admit Counsel Pro Hac

Vice, Affidavit of Jason R. Abel in Support of Motion to Admit Counsel, State Bar of Michigan

Certificate of Good Standing of Brian D. Wassom and proposed Order for Admission Pro Hac Vice on Written Motion to the counsel listed below:

Robert M. Haroun
Joseph Sofer
Sofer & Haroun, LLP
Attorneys for Plaintiff
317 Madison Ave., Suite 910
New York, NY 10017

via First Class Mail.

Peggy M. Binder

DETROIT.2962433.1

2

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

EK SUCCESS, LTD.
                                          Plaintiff,

                                                          7   cv  11208      (PKC)

              - against -

PROVO CRAFT & NOVELTY,               Defendant.         **ORDER FOR ADMISSION**
INC.                                                    **PRO HAC VICE**
                                                        **ON WRITTEN MOTION**

Upon the motion of  Jason Abel            attorney for   Provo Craft & Novelty, Inc.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

              Applicant's Name:      Brian D. Wassom

              Firm Name:            Honigman Miller Schwartz and Cohn LLP

              Address:              2290 First National Building

              City/State/Zip:       Detroit, MI 48226

              Telephone/Fax:        (313) 465-7594

              Email Address:        (313) 465-7595

is admitted to practice pro hac vice as counsel for   Provo Craft & Novelty, Inc.            in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice

fee to the Clerk of Court.

Dated:
City, State:

                              _____
                              United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $              SDNY RECEIPT#
SDNY Form Web 10/2006