Robert M. Haroun
Joseph Sofer
Sofer & Haroun, LLP
Attorneys for the Plaintiff
and Counter-Defendant EK Success, Ltd.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
EK SUCCESS, LTD.,                          :     Civil Action No. 07 CV 11208 (PKC)
                                           :
          Plaintiff / Counter-Defendant :     **CONSENTED STIPULATION AND**
                                           :     **ORDER TO EXTEND TIME FOR**
     v.                                    :     **PLAINTIFF TO ANSWER OR**
                                           :     **OTHERWISE RESPOND TO**
PROVO CRAFT & NOVELTY, INC.,               :     **COUNTERCLAIMS**
                                           :
          Defendant / Counter-Plaintiff.   :
------------------------------------------------------X

The parties have stipulated, by consent, and hereby request an Order, that the Plaintiff and Counter-Defendant, EK Success, Ltd., be granted an extension of time to answer or otherwise respond to the Counterclaims in this action, from February 18, 2008, to and including March 3, 2008, so that the parties can finalize a settlement agreement. This is the first extension of time requested in this matter.

Dated: New York, New York
       February 15, 2008

EK SUCCESS, LTD.

By: _____
Robert M. Haroun, Esq.
Joseph Sofer, Esq.
Sofer & Haroun, LLP
*Attorneys for Plaintiff and
Counter-Defendant*
317 Madison Avenue, Suite 910
New York, NY 10017
Tel: 212-697-2800

**SO ORDERED,**
Dated: 2-15- , 2008

_____
United States District Judge