USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-19-08

(A8595.

Robert M. Haroun
Joseph Sofer
Sofer & Haroun, LLP
Attorneys for the Plaintiff
and Counter-Defendant EK Success, Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
EK SUCCESS, LTD.,                         :   Civil Action No. 07 CV 11208 (PKC)
                                          :
           Plaintiff / Counter-Defendant  :   STIPULATION AND PROPOSED
                                          :   ORDER TO DISMISS
    v.                                    :
                                          :   HON. P. KEVIN CASTEL
PROVO CRAFT & NOVELTY, INC.,              :
                                          :
           Defendant / Counter-Plaintiff. :
-----------------------------------------X
                                          :
PROVO CRAFT & NOVELTY, INC.,              :
                                          :
           Third Party-Plaintiff,         :
                                          :
    v.                                    :
                                          :
ARMADA ART, INC.,                         :
                                          :
           Third Party-Defendant.         :
                                          :
-----------------------------------------X

/s/ Ord Order PKC

## STIPULATION TO DISMISS

Having reached a settlement, EK Success, Ltd. and Provo Craft & Novelty, Inc., through their undersigned counsel, hereby dismiss with prejudice the claims and counterclaims asserted in this action, with each party to bear their own costs and attorney fees. Provo Craft & Novelty, Inc. also dismisses, without prejudice, the third-party complaint asserted against Armada Art, Inc.

Dated: New York, New York
February 1*?*, 2008

Respectfully submitted,

_____
Brian D. Wassom (pro hac admission pending)
Jason R. Abel (JA0456)
Honigman Miller Schwartz and Cohn LLP
Attorneys for Defendant and Counter-Plaintiff
2290 First National Building
Detroit, MI 48226-3506
Tel: 313-465-7694

Dated: New York, New York
February 1*?*, 2008

Respectfully submitted,

_____
Robert M Haroun (RH 5646)
Joseph Sofer (JS 3265)
Sofer & Haroun, L.L.P.
Attorneys for Plaintiff and Counter-Defendant
317 Madison Avenue
Suite 910
New York, NY 10017
Tel: 212-697-2800

SO ORDERED: _____
United States District Judge
Date: 2-19-08

2